UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
February 8, 2006

No. 06-216
CR-95-59

In Re: ALPHONSO DAVIS

    Movant

ORDER

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge King with the concurrence of Judge Wilkinson and Judge Gregory.

For the Court,

/s/ Patricia S. Connor

CLERK